| | |
|---|---|
| 1 | FRANK N. DARRAS #128904, Frank@DarrasLaw.com |
| 2 | LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com |
|   | SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com |
| 3 | PHILLIP S. BATHER #273236, PBather@DarrasLaw.com |
|   | DARRASLAW |
| 4 | 3257 East Guasti Road, Suite 300 |
|   | Ontario, California 91761-1227 |
| 5 | Telephone:   (909) 390-3770 |
| 6 | Facsimile:   (909) 974-2121 |
| 7 | Attorneys for Plaintiff |
|   | SYLVIA DICKERSON |
| 8 | |
| 9 | ADRIENNE C. PUBLICOVER #161432, Adrienne.Publicover@Wilsonelser.com |
|   | FRANCIS J. TORRENCE #154653, Francis.Torrence@WilsonElser.com |
| 10 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|    | 525 Market Street, 17th Floor |
| 11 | San Francisco, CA  94105 |
|    | Telephone: (415) 433-0990 |
| 12 | Facsimile: (415) 434-1370 |
| 13 | Attorneys for Defendant |
| 14 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DICKERSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | Case No: 2:15-cv-05285-GHK-PLAx<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff SYLVIA DICKERSON, and defendant THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: May 6, 2016

DARRASLAW

　　　/s/ Phillip S. Bather　　　
FRANK N. DARRAS
PHILLIP S. BATHER
Attorneys for Plaintiff
SYLVIA DICKERSON

Dated: May 6, 2016

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

　　　/s/ Adrienne C. Publicover　　　
ADRIENNE C. PUBLICOVER
FRANCIS J. TORRENCE
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Pursuant to L.R. 5-4.3.4(a)(2)(i) of electronic case filing administrative policy & procedures, I hereby certify that the content is acceptable to* **ADRIENNE C. PUBLICOVER**, *counsel for Defendant,* **Hartford Life & Accident Insurance Company. On May 6, 2016,** *I obtained her authorization to affix her electronic signature.*

　　　/s/ Phillip S. Bather　　　
PHILLIP S. BATHER
Attorneys for Plaintiff
SYLVIA DICKERSON

VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE